■ In the Matter of Rakeem M. and Others, Children Alleged to be Neglected. Marissa M., Appellant; Administration for Children's Services, Respondent. [30 NYS3d 857]—

Order of fact-finding, Family Court, New York County

(Stewart H. Weinstein, J.), entered on or about January 14, 2014, which, after a hearing, found that respondent neglected the subject children, unanimously affirmed, without costs.

Petitioner established by a preponderance of the evidence that the children's physical, mental or emotional condition had been impaired or was in imminent danger of becoming impaired as a result of respondent having her family live a transient, homeless lifestyle, sleeping in subways, 24-hour restaurants, or storage facilities (*see Matter of Ronald Anthony G. [Sammantha J.]*, 83 AD3d 608 [1st Dept 2011]). Such an arrangement left the children without shelter and relegated them to eating junk food for their meals. Respondent's poor decision-making also led to the molestation of her daughter by a felon who also stayed in the storage facility. The Family Court properly declined to credit the mother's and daughter's recantation of the details of the abuse (*see Matter of Martha Z.*, 288 AD2d 706, 707 [3d Dept 2001]).

Furthermore, by allowing her children to spend their days in the library with their computers, under the guise of "home-schooling," without approval from the Board of Education, respondent educationally neglected them, as this amounted to no more than absenteeism from school (*see Matter of Kaila A. [Reginald A.—Lovely A.]*, 95 AD3d 421 [1st Dept 2012]; *Matter of Joyitha M. [Reshmi M.]*, 121 AD3d 900, 901 [2d Dept 2014]). Concur—Tom, J.P., Mazzarelli, Andrias, Manzanet-Daniels and Gesmer, JJ.